```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,                                         :
                                                      :       19-CV-8984 (PGG) (RWL)
                              Plaintiff,              :
                                                      :
              - against -                             :       **ORDER**
                                                      :
Z GADGETS, INC., et al.,                              :
                                                      :
                              Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Michael K. Chong, LLC and Michael K. Chong, Esq. seek to withdraw as counsel for Defendant 259 Bleecker LLC in this matter.  (Dkt. 37.)  Any party who wishes to respond to the motion to withdraw shall file any such response no later than October 7, 2020.

Michael K. Chong, LLC and Michael K. Chong, Esq. are directed to provide a copy of this Order to Defendant 259 Bleecker LLC.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2020
       New York, New York